AO91 (Rev. 12/03)   Criminal Complaint                                                                                       AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**                         **CRIMINAL COMPLAINT**
                        vs.
                                                     Case Number: 1:14-po-1381
Joaquin CASTILLEJOS-Castillejos
A205 985 704  Mexico

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about August 12, 2014 in Cameron County, in the Southern District Of Texas defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title  8  United States Code, Section(s)  1325(a)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on August 12, 2014. The defendant is a citizen of Mexico who entered the United States illegally by wading across the Rio Grande River near Brownsville, Texas on August 12, 2014 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Arellano, Jesus  Border Patrol Agent
Signature of Complainant

Arellano, Jesus    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 13, 2014                                            at        Brownsville, Texas
Date                                                                 City/State

Ignacio Torteya III          U.S. Magistrate Judge
Name of Judge                Title of Judge                          Signature of Judge